UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:08CV-P237-H

**RONALD L. JORDAN II**                                                                             **PLAINTIFF**

**v.**

**KENTUCKY DEPARTMENT OF CORRECTIONS**
**INTERNAL AFFAIRS UNIT** *et al.*                                        **DEFENDANTS**

### **ORDER**

For the reasons set forth in the Memorandum Opinion entered this date, and being otherwise sufficiently advised, **IT IS ORDERED** that the instant action is **DISMISSED** as abandoned.

There being no just reason for delay in its entry, this is a final Order.

The Court **certifies** pursuant to 28 U.S.C. § 1915(a)(3) that an appeal would not be taken in good faith.

Date:

cc:      Plaintiff, *pro se*
4412.005